# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ESCAMILLA,<br><br>                    Petitioner,<br><br>         v.<br><br>RAYMOND MADDEN, Warden,<br><br>                    Respondent. | Case No. SACV 17-1360-JVS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 17, 2018

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE